**IT IS ORDERED as set forth below:**

Date: March 14, 2011

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Debtor(s):  TROY SABASTIAN SALLEY<br>CYNTHIA ANN SALLEY | CASE NO. 09-92352-WLH<br><br>CHAPTER 13 |
| Movant: U.S. BANK, NA, ITS SUCCESSORS AND/OR ASSIGNS<br><br>Co-Debtor(s):<br><br>Property: 5711 Jubilant Drive<br>             Rex, GA   30273 | |

ORDER INCORPORATING STIPULATION ON MOTION FOR RELIEF FROM STAY

Movant has filed a Motion for Relief from Stay with regard to the property described in the attached Stipulation.

After notice and opportunity to be heard, it is hereby ORDERED that the attached Stipulation between the parties is made the Order of the Court.

**END OF DOCUMENT**

**PRESENTED BY:**

By: /s/Alice A. Blanco
Alice A. Blanco
Georgia Bar Number 062160
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346
770-392-0303
ablanco@penderlaw.com
Attorney for Movant
Firm File Number: 10-03252

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Debtor(s): TROY SABASTIAN SALLEY<br>CYNTHIA ANN SALLEY | CASE NO. 09-92352-WLH<br><br>CHAPTER 13 |
| Movant: U.S. BANK, NA, ITS SUCCESSORS AND/OR ASSIGNS<br><br>Co-Debtor(s):<br><br>Property: 5711 Jubilant Drive<br>         Rex, GA   30273 | |

STIPULATION ON MOTION FOR RELIEF FROM STAY (AND FROM CODEBTOR STAY, IF APPLICABLE), AND MOTION TO MAKE STIPULATION AN ORDER OF THE COURT

A Motion for Relief from Stay with regard to the Property described above was scheduled for hearing on February 16, 2011. The parties hereby stipulate that the motion is settled as follows:

1. The total post-petition arrearage due to Movant is $3,473.17 which consists of the November 1, 2010 through February 1, 2011 contractual monthly payments of $1,409.36, the late charge payment of $56.37, $700.00 for attorney fees and costs, less $2,920.64 in suspense.

2. The arrearage shall be paid as follows:

   ☒ Debtor(s) shall tender $500.00 by no later than end of business March 4, 2011 or the stay will be lifted upon the submission by Movant of an Affidavit advising of same.

   Movant acknowledges receipt of _____.

   ☒ Debtor is entitled to a credit of $2,920.64 for funds in his/her suspense account.

   ☒ Debtor(s) shall resume timely post-petition payments to Movant with the payment due March 1, 2011

☒ Beginning <u>April 15, 2011</u>, Debtor(s) shall pay an additional <u>$252.57</u> per month, and shall continue to pay said amount on the same day of each subsequent month, for a total of <u>9</u> months.

☒ Movant shall be authorized to file a supplemental or amended proof of claim, as appropriate, to have the sum of <u>$700.00</u> paid by the Trustee. This claim shall be paid in accordance with the plan. If the plan does not provide for this claim, then the claim shall be paid after all secured claims receiving a set payment are paid in full.

3. THE PARTIES AGREE TO THE FOLLOWING STRICT COMPLIANCE PROVISIONS:

☒ Should Debtor(s) default in payment of any sums specified or in any regular monthly mortgage payments which come due to Movant for the strict compliance period specified in Paragraph 4, then upon notice of default sent by first class mail to Debtor(s) and Debtor(s)'s attorney to the address of record at the time of default, failure of Debtor(s) to cure such default within 10 days from date of receipt of such notice, Movant may file a motion and Affidavit of default, with service upon Debtor(s) and Debtor(s)'s attorney and the Trustee, and the Court may enter an order lifting the automatic stay, without further notice or hearing. Payments should be sent to US Bank at the following address.

> US Bank, NA
> 4801 Frederica Street
> Owensboro, KY. 42301.

☐ There appears to be equity in the property. Therefore, should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due to Movant during the strict compliance period specified in Paragraph 4, then upon notice of default sent by first class mail to Debtor(s), Debtor(s)'s attorney and the Trustee, and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), Debtor(s)'s attorney and the Trustee. If no motion to convert case, motion to sell, response disputing the factual allegations of the motion, or response alleging some extraordinary circumstances comparable to those contemplated by Fed. R. Civ. P. 60(b), is filed within 20 days from the date of service of the motion and affidavit of default, then the Court may enter an Order lifting the automatic stay, without further notice or hearing.

☐ _____
_____

4.  Strict compliance hereunder shall be in force:

    ☐    While the arrearage remains uncured.

    ☒    For a period of 9 months from the date of entry of an Order incorporating this Stipulation.

    ☐    While this case remains pending.

    ☐    For the life of the plan.

    ☐    _____
    _____

5.  In the event relief from stay is granted:
1) any surplus funds realized from foreclosure otherwise payable to the Debtor(s) shall be paid to the Trustee for the benefit of the Estate; and
2) the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and Movant's amended or supplemental claims, if any.

6.  Other:
_____
_____

7. ☐   The parties stipulate that the codebtor(s) did not appear.

   ☐ The Motion does not seek relief from the codebtor stay.

   ☐ The codebtor stay shall remain in effect.

By their signatures below, the parties consent to the terms of this Stipulation and move the Court to enter an Order making this Stipulation an Order of the Court.

Dated: _____

| **PRESENTED BY:** | **CONSENTED TO BY:** | |
|---|---|---|
| By: /s/Alice A. Blanco | By:/s/ Ryan Starks | By:/s/Melissa Davey |
| Alice A. Blanco | Ryan Starks, Esq. | Melissa Davey, Esq. |
| Georgia Bar Number 062160 | Georgia Bar No. 676512 | Georgia Bar No. 206310 |
| South Terraces, Suite 1000 | Signed with express permission by Alice A. Blanco | Signed by Alice Blanco with express permission |
| 115 Perimeter Center Place | | |
| Atlanta, GA  30346 | | Standing Chapter 13 Trustee |
| 770-392-0303 | Berry & Associates | Atlanta, GA  30303 |
| ablanco@penderlaw.com | 2751 Buford Hwy, Suite 400 | 678-992-1201 |
| Attorney for Movant | Atlanta, GA  30324 | Trustee |
| Firm File Number: 10-03252 | Attorney for Debtor | |

DISTRIBUTION

Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
SunTrust Plaza Garden Offices
303 Peachtree Center Ave., Suite 120
Atlanta, GA  30303

Alice A. Blanco
Pendergast & Associates, P.C.
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346

Carrie L. Oxendine, Esq.
Berry & Associates
2751 Buford Hwy, Suite 400
Atlanta, GA  30324

Troy Sabastian Salley
5711 Jubilant Drive
Rex, GA  30273